IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS MOWREY,

        Plaintiff,

v.                                               No. 2:19-cv-00307-KRS

ADOBE DELI LLC, et al.,

        Defendants.

## ORDER TO CURE DEFICIENCY

On April 3, 2019, Plaintiff filed a Motion to proceed *in forma pauperis*. (Doc. 2). The Court has reviewed the Motion and determines it does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees. The Court requires plaintiffs seeking to proceed without prepaying fees to file the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Plaintiff's Motion is deficient because Plaintiff has not included the proper form of application. Failure to file this application within twenty-one (21) days from entry of this order *and* failure to follow all instructions in the application may result in denial of the motion to proceed *in forma pauperis*. Any papers Plaintiff files in response to this order must include the civil cause number (No. 19-cv-00307-KRS) of this case.

**IT IS, THEREFORE, ORDERED** that Plaintiff file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within twenty-one (21) days from entry of this order.

**IT IS FURTHER ORDERED** that the Clerk send to Plaintiff a copy of this order and an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

                                                              _____
                                                              **UNITED STATES MAGISTRATE JUDGE**